**Benissa CLIFFORD, Plaintiff—Appellee,**

v.

**AMERICAN DRUG STORES, INC., an Illinois Corporation, et al., Defendants—Appellants.**

No. 00–56744.

D.C. No. CV–00–00731–DOC.

United States Court of Appeals, Ninth Circuit.

June 4, 2002.

Before O'SCANNLAIN, RYMER, and THOMAS, Circuit Judges.

## MEMORANDUM *

American Drug Stores (ADS) appeals an award of attorney's fees to Benissa Clifford upon remand of her complaint alleging sexual harassment and retaliation. We have jurisdiction, *see Stuart v. UNUM Life Ins. Co.*, 217 F.3d 1145, 1147–48 (9th Cir.2000), and we affirm because the connection between Clifford's state-law claims and ADS's ERISA plan is too tenuous to trigger preemption under 29 U.S.C. § 1144(a). *See Campbell v. Aerospace Corp.*, 123 F.3d 1308 (9th Cir.1997); *cf. Ingersoll–Rand Co. v. McClendon*, 498 U.S. 133, 140, 111 S.Ct. 478, 112 L.Ed.2d 474 (1990); *Tingey v. Pixley–Richards West, Inc.*, 953 F.2d 1124, 1130–33 (9th

---

Cir.1992). Accordingly, the remand order was proper and the district court did not abuse its discretion in awarding fees.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.